# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONNIE L. McDANIEL, | ) | |
| | ) | 2:07-cv-01731-RCJ-RJJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SUNRISE HOSPITAL, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Robert J. Johnston, entered May 20, 2008 (#5). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered May 20, 2008, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Report and Recommendation (#5) be affirmed and adopted, and that the Complaint be **DISMISSED WITH PREJUDICE.**

DATED: June 11, 2008

_____
UNITED STATES DISTRICT COURT